566

Joseph G. Engert, Appellee, v. Chicago Title and Trust Company, Defendants. George D. Poulakidas, Appellant.

Gen. No. 44,443.

opinion filed November 1, 1948; released for publication November 16, 1948. Irving Breakstone, for appellant; Rosenblatt, Schatz & Malkus, for appellee; Abraham Miller, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.

William J. White and Geraldine White, Appellees, v. Mildred Briscoe and James H. Briscoe, Appellants.

Gen. No. 44,472.

opinon filed November 1, 1948; released for publication November 16, 1948. Stephen M. Fleming and Eugene R. Ward, for appellants; no appearance for appellees. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.